```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )              4:01cr3114
              Plaintiff,        )
                                )
    vs.                         )      ORDER
                                )
FREDRICK NATION,                )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **11:30 a.m. on February 16, 2007** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  February 9, 2007.

                           BY THE COURT

                           s/ David L. Piester
                           _____
                           David L. Piester
                           United States Magistrate Judge