IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                          Plaintiff,      )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>FREDRICK NATION,                       )<br>                                                            )<br>                          Defendant.   ) | Case No.  4:01CR3114 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Dispositional Hearing, filing 78, now set for August 11, 2008, at 9:00 a.m. The Court, being fully advised in the premises, and noting the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until Friday, December 5, 2008, from 1:00-4:00 p.m. The Defendant is ordered to appear at such time.

August 7, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge