IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3114 and |
| | ) | 4:08CR3097 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FREDRICK NATION, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Nation's revocation hearing in Case No. 4:01CR3114 and sentencing in Case No. 4:08CR3097 are both scheduled on Wednesday, November 26, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

    September 9, 2008.        BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge